UNITED STATES DISTRICT COURT

DISTRICT OF NEW MEXICO

Clerk's Minutes

Before the Honorable Scott W. Skavdahl

Case No. CIV 19-120 SWS/MLC                    Date:  1/28/20

Title:  ALLEN v. PEABODY NEW MEXICO SERVICES, LLC; WALT MURLOWSKI

Courtroom Clerk:  J. Gonzales              Court Reporter:  Anne Bowline

Court in Session:  9:03 a.m.               Court in Recess:  10:11 a.m.

                   10:22 a.m.                                 11:56 a.m.

                   1:17 p.m.                                  3:21 p.m.

                   4:35 p.m.                                  5:22 p.m.

Interpreter:

Type of Hearing:    Bench Trial

Total Court Time:  5 hours 33 minutes

Court's Rulings/Disposition:

Attorney's Present for Plaintiff(s)        Attorney's Present for Defendant(s):

David Jordan                               Jessica Thomas, Amelia Willis

Proceedings:

9:03 a.m. Court in session.  Court announces parties.  Walter Murlowski present at defense table.
Marshall Allen present at plaintiff table.

Counsel have no preliminary matters.

Mr. Jordan:  Gives opening statement.

Ms. Willis:  Gives opening statement.

Mr. Jordan:  Calls Marshall Allen/**SWORN** – confirms exhibits 1, 2 and 3 are admitted.

Ms. Willis:  No objection to exhibits 1, 2 and 3.

Court:  Admits exhibits 1, 2 and 3.

Mr. Jordan:  Conducts direct examination of Mr. Allen.

Court:  Queries Mr. Allen.

Mr. Allen:  Responds.

Mr. Jordan:  Continues direct examination of Mr. Allen – moves to admit exhibit 4.

Ms. Willis:  Objects to exhibit 4.

Mr. Jordan:  Argues in support of admission of exhibit 4.

Court:  Conditionally admits exhibit 4.

Mr. Jordan:  Continues direct examination of Mr. Allen.

10:11 a.m. Court in recess.

10:22 a.m. Court in session.

Ms. Willis:  Conducts cross examination of Mr. Allen – moves to admit exhibit 14 medical records from Tsehootooi Medical Center.

Mr. Jordan:  Objects to admission of exhibit 14.

Court:  Will be marked and used as impeachment document.

Ms. Willis:  Continues cross examination of Mr. Allen – moves to admit exhibit 11.

Mr. Jordan:  No objection.

Court:  Admits exhibit 11.

Ms. Willis:  Moves to admit exhibit 9.

Mr. Jordan:  No objection.

Court:  Admits exhibit 9.

Ms. Willis:  Continues cross examination of Mr. Allen – moves to admit exhibit 13.

Court:  No objections – admits exhibit 13.

Ms. Willis:  Continues cross examination of Mr. Allen - moves to admit exhibit 12.

Court:  No objections - admits exhibit 12.

Ms. Willis:  Continues cross examination of Mr. Allen – moves to admit exhibit 10.

Court:  No objections – admits exhibit 10.

Mr. Jordan:  Conducts re-direct examination of Mr. Allen.

Court:  Queries Mr. Allen.

Mr. Allen:  Responds.

Mr. Jordan:  Calls Juan Tena/**Sworn** – conducts direct examination of Mr. Tena.

Ms. Thomas:  Conducts cross examination of Mr. Tena.

Mr. Jordan:  Conducts re-direct examination of Mr. Tena.

Court:  Queries Mr. Tena.

Mr. Tena:  Responds.

Mr. Jordan:  Rests.

11:56 a.m. Court in recess.

1:17 p.m. Court in session.

Ms. Willis:  Calls Walter Murlowski/**SWORN** – conducts direct examination of Mr. Murlowski.

Mr. Jordan:  Moves to admit defense exhibit 8.

Ms. Willis:  No objection to exhibit 8 – moves to admit 1 and 7.

Court:  Admits defense exhibits 1, 7 and 8.

Mr. Jordan:  Conducts cross examination of Mr. Murlowski.

Court:  Queries Mr. Murlowski.

Mr. Murlowski:  Responds.

2:37 p.m. Court in recess.

2:54 p.m. Court in session.

Ms. Thomas:  Calls Mick Derudder/**Sworn** – conducts direct examination of Mr. Derudder.

Mr. Jordan:  No cross examination of Mr. Derudder.

Ms. Willis:  Calls Marshall Allen/previously sworn– moves to admit to defense exhibit 2.

Court:  No objection – admits defense exhibit 2.

Ms. Willis:  Conducts direct examination of Mr. Allen – moves to admit defense exhibits 15 and 16.

Mr. Jordan:  Conducts cross examination of Mr. Allen.

Court:  No objection - admits defense exhibits 15 and 16 are admitted.

Ms. Willis:  Conducts re-direct of Mr. Allen – defense rests.

3:21 p.m. Court in recess.

4:35 p.m. Court in session.

Court:  Reviewed defense exhibits 15 and 16 during break – takes judicial notice as to 1-888 phone number dialed after phone call to Mr. Murlowski.

Ms. Willis and Mr. Jordan stipulate to 1-888 number being Lincoln Financial.

Ms. Willis:  Marks defense exhibit 17.

Court:  Admits exhibit 17.

Mr. Jordan:  Presents closing argument.

Ms. Willis:  Presents closing argument.

Court:  Queries Mr. Jordan.

Mr. Jordan:  Responds – consents to dismissal of Mr. Murlowski .

Counsel stipulate to the dismissal of Mr. Murlowski.

5:22 p.m.  Court in recess.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

Before the Honorable Scott Skavdhal

Exhibit List

**Case Title:** Allen v. Peabody NM Services, LLC et al.
**Case Number:** CIV 19-120 SWS-MLC
**Bench Trial Date:** 1/28/20

**Courtroom Clerk:** J. Gonzales
**Court Reporter:** Anne Bowline
**Interpreters:**

**Attorney(s) Present for Plaintiff:** David Jordan

**Attorney(s) Present for Defendant:** Jessica Thomas, Amelia Willis

| Plain. No. | Def. No. | Date Offered | Admitted? | Objection? | Brief Description |
|---|---|---|---|---|---|
| 1 | | 1/28/20 | x | | Physician Note dated 7/7/17 |
| 2 | | | x | | Physician Note dated 12/12/18 |
| 3 | | | x | | Physician Noted dated 12/17/18 |
| 4 | | | (conditionally admitted by the Court) | x | Letter from Melonie Blancaneaux |
| | 9 | | x | | Employee direct deposit records |
| | 10 | | x | | 2016 W-2 |
| | 11 | | x | | Empire pay stubs |
| | 12 | | x | | 2017 W-2 |
| | 13 | | x | | 2018 W-2 |
| | 14 | | | x | Medical Records from Tsehootsooi |
| | 1 | | x | | Peabody Employee Guidebook |
| | 7 | | x | | Peabody Employee Status Change Form |
| | 8 | | x | | Letter from Lincoln Financial |
| | 2 | | x | | Peabody Handbook Receipt Acknowledgement |
| | 15 | | x | | Cell phone records |
| | 16 | | x | | Cell Phone records |

| | 17 | | x | | Color copy of 12/17/18 Physician note |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |